# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DEUNJIAE PALMER**                                                              **PLAINTIFF**

**v.**                                                                      **CIVIL ACTION NO. 3:25-cv-83-TSL-MTP**

**COOPERWOOD SENIOR LIVING, LLC**                             **DEFENDANT**

## ORDER

THIS MATTER is before the Court on Defendant's Unopposed Motion to Amend Case Management Order [24]. Currently, the discovery deadline is December 15, 2025, and the motions deadline is January 5, 2026. In the Motion, Defendant seeks to extend these deadlines to January 30, 2026, and February 13, 2026, respectively.

The Motion, however, is not supported by good cause and does not provide the specifics needed to justify moving the case deadlines. *See* Case Management Order [11]; Fed. R. Civ. P. 16(b)(4). Moreover, the parties request that all other deadlines remain the same, but the requested extensions, if granted, would affect the current trial setting. And, a continuance is not warranted based on the current record.

IT IS, THEREFORE, ORDERED that the Unopposed Motion to Amend Case Management Order [24] is DENIED. **However, the parties are encouraged to schedule a conference with the undersigned if they desire to address any specific issues or address the matter further.**

SO ORDERED this the 1st day of December, 2025.

                                                                  s/Michael T. Parker
                                                                  UNITED STATES MAGISTRATE JUDGE