IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEUNJIAE PALMER                                                      PLAINTIFF

v.                                             CIVIL ACTION NO. 3:25cv83-TSL-MTP

COOPERWOOD SENIOR LIVING, LLC                                   DEFENDANT

## AMENDED CASE MANAGEMENT ORDER

This matter came before the Court for a telephonic conference wherein the parties moved *ore tenus* to extend the deadlines and continue the trial setting. After conferring with the parties, the Court hereby grants the motion and amends the Case Management Order [11] as follows:

IT IS, THEREFORE, ORDERED:

1.   The discovery deadline is extended to January 30, 2026.

2.   All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by February 13, 2026. The deadline for motions *in limine* is twenty-one days before the pretrial conference; the deadline for responses is fourteen days before the pretrial conference.

3.   The pre-trial conference is hereby reset for July 13, 2026 before Senior District Judge Tom S. Lee.

4.   The trial is reset for a four week term beginning August 3, 2026 before Senior District Judge Tom S. Lee. KNOWN CONFLICTS: Nick Norris has other matters set during this term pending in the Northern District of Mississippi (Davis v City of Indianola, MS, Case No. 4:25cv34-SA-RP; Ragland v PHC-Cleveland, LLC, Case No. 4:25cv49-JMV; and Jones v Ashley Furniture Industries, LLC, Case No. 1:25cv32-SA-DAS).

5.   Except as provided herein, all other provisions of the Case Management Order [11]

remain unchanged.

SO ORDERED this 5th day of December, 2025.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE